| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____ Chapter 11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  GRAND & PULASKI CITGO, INC.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  20-0083840

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1345 North Pulaski Road<br>Chicago, IL 60651 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cook | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify: _____

Debtor  GRAND & PULASKI CITGO, INC.    Case number (*if known*) _____
　　　　 Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | John M. Scali, Sr. | Relationship to you | Affiliate |
| District | Northern District of Illinois | When  2/17/16 | Case number, if known  16- |

Debtor  GRAND & PULASKI CITGO, INC.  Case number (*if known*)
        Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  GRAND & PULASKI CITGO, INC. _____  Case number (*if known*) _____
        Name

| | **Request for Relief, Declaration, and Signature** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 17, 2016
              MM / DD / YYYY

**X** /s/ John M. Scali, Sr.                              John M. Scali, Sr.
Signature of authorized representative of debtor          Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Joel H. Shapiro                                 Date  February 17, 2016
Signature of attorney for debtor                                MM / DD / YYYY

Joel H. Shapiro
Printed name

Kamenear Kadison Shapiro & Craig
Firm name

20 North Clark Street
Suite 2200
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone  (312) 332-0490      Email address  jshapiro@kksclaw.com

(#2566168)
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | GRAND & PULASKI CITGO, INC. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chicago Tribune<br>25646 Network Place<br>Chicago, IL 60673-1256 | | Goods Sold On Open Account | | | | $497.84 |
| City of Chicago - Water Dept<br>P.O. Box 6330<br>Chicago, IL 60680-6330 | | Utility Service | | | | $167.76 |
| City of Chicago - Water Dept<br>P.O. Box 6330<br>Chicago, IL 60680-6330 | | Utility Service | | | | $1,227.68 |
| Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | | Telephone/Internet Service | | | | $352.13 |
| ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | Utility Service | | | | $95.65 |
| ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | Utility Service | | | | $818.79 |
| Groot<br>2500 Landmeier Road<br>Elk Grove Village, IL 60007 | | Waste Removal | | | | $671.44 |
| Lakeside Bank<br>UIC/NEAR WEST<br>1055 West Roosevelt Road<br>Chicago, IL 60608 | | All inventory, equipment, chattel paper, accounts, equipment, rents, general intangibles and proceeds thereof | | $2,807,755.00 | $125,000.00 | $2,682,755.00 |

Debtor  GRAND & PULASKI CITGO, INC.                                 Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Laner Muchin Ltd<br>515 N. Statestreet<br>Suite 2800<br>Chicago, IL<br>60654-4688 | | Professional Services | | | | $13,150.00 |
| Meds Mgmt Group LLC<br>P.O. Box 52001 Dept 939<br>Phoenix, AZ 85072-2001 | | Workman's Compensation Claim | | | | $1,411.60 |
| Mood Muzak LLC<br>1703 W. 5th Street<br>Suite 600<br>Austin, TX 78703 | | Marketing/Advertising | | | | $138.60 |
| Parent Petroleum, Inc.<br>37 W. 370 Route 38<br>Saint Charles, IL 60175-1588 | | Gasoline, petroleum and petroeum products sold and delivered and the proceeds thereof | | $92,063.14 | $21,000.00 | $71,063.14 |
| Peoples Gas<br>P.O. Box 19100<br>Green Bay, WI 54307 | | Utility Service | | | | $439.08 |
| RBS Citizens<br>P.O. Box 42113<br>Providence, RI | | Truck Loan Balance | | | | $29,191.54 |
| Sentry Pest Control Inc.<br>3425 W. Peterson<br>Chicago, IL 60659 | | Pest Control | | | | $40.00 |
| Simonize USA Inc.<br>210 Boston Turnpike<br>Bolton, CT 06043 | | Goods Sold On Open Account | | | | $175.00 |
| Sprint<br>P.O. Box 8077<br>London, KY 40742-8077 | | Telephone Service | | | | $223.66 |
| State Farm Insurance<br>P.O. Box 44110<br>Jacksonville, FL 32231-4110 | | Insurance Premiums | | | | $2,310.96 |
| Verizon<br>P.O. Box 4002<br>Acworth, GA 30101 | | Telephone Service | | | | $60.08 |
| Villalva, Roberto<br>4059 W. Grand Avenue<br>Chicago, IL 60651 | | | Contingent Unliquidated Disputed | | | $275,000.00 |

American Family Insurance
636 Pratt Avenue N
Schaumburg, IL 60193-4557

Castillo, Mayias
1117 N. Lawndale
Chicago, IL 60651

Castro, Eliud
1907 N. Tripp Street
Chicago, IL 60639

Cathey, Joseph
P.O. Box 220863
Chicago, IL 60622

Chicago Tribune
25646 Network Place
Chicago, IL 60673-1256

ChicagoLand Commissary LLC
1642 W. Lake Street
Chicago, IL 60612

ChicagoLand Commissary LLC
1642 W. Lake Street,
Chicago, IL 60612

City of Chicago - Water Dept
P.O. Box 6330
Chicago, IL 60680-6330

City of Chicago - Water Dept
P.O. Box 6330
Chicago, IL 60680-6330

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

De La Torre, Andres
2171 N. Major
Chicago, IL 60639

Diaz, Maria M.
3655 S. Paulina Street
Chicago, IL 60609

Gargallo, Luis
4948 W. Augusta Blvd.
Chicago, IL 60651

Groot
2500 Landmeier Road
Elk Grove Village, IL 60007

Harris, Marsha P.
1331 N. Pulaski Road, 1st Floor
Chicago, IL 60651

Harris, Marsha P.
1331 N. Pulaski Road, 1st Floor
Chicago, IL 60651

Hernandez, Hermanegildo
3745 W. Hirsch
Chicago, IL 60651

Hernandez, Juan
4708 W. Huron
Chicago, IL 60644

Hudson Energy
P.O. Box 142109
Irving, TX 75014

Jimenez, Aldo
6046 W. Grand Ave.
Chicago, IL 60639

```
Jimenez, Mercedes
2150 N. Karlov Ave.
Chicago, IL 60639


John M. Scali, Sr.
1345 N. Pulaski Road
Chicago, IL 60651


John M. Scali, Sr.
1345 N. Pulaski Road
Chicago, IL 60651


John M. Scali, Sr.
1345 N. Pulaski Road
Chicago, IL 60651


John M. Scali, Sr.
1345 N. Pulaski Road
Chicago, IL 60651


John M. Scali, Sr.
1345 N. Pulaski Road
Chicago, IL 60651


John M. Scali, Sr.
1345 N. Pulaski Road
Chicago, IL 60651


John M. Scali, Sr.
1345 N. Pulaski Road
Chicago, IL 60651


Lakeside Bank
UIC/NEAR WEST
1055 West Roosevelt Road
Chicago, IL 60608


Lakeside Bank
UIC/NEAR WEST
1055 West Roosevelt Road
Chicago, IL 60608
```

```
Laner Muchin Ltd
515 N. Statestreet
Suite 2800
Chicago, IL 60654-4688


Luis, Jose
3324 W. Potomac
2nd Floor
Chicago, IL 60651


Meds Mgmt Group LLC
P.O. Box 52001 Dept 939
Phoenix, AZ 85072-2001


Miranda, Alvaro
3205 S. 54th Ave.
Cicero, IL 60804


Mood Muzak LLC
1703 W. 5th Street
Suite 600
Austin, TX 78703


Morillon, Carolina
7200 W. Palmer Street
Apt #1NE
Elmwood Park, IL 60707


Nolan Law Office
53 W. Jackson Blvd.
Suite 1137
Chicago, IL 60604


Ortiz, Diego
1433 N. Harding
Chicago, IL 60651


Parent Petroleum
37 W. 370 Route 38
Saint Charles, IL 60175-1588


Parent Petroleum, Inc.
37 W. 370 Route 38
Saint Charles, IL 60175-1588
```

Peoples Gas
P.O. Box 19100
Green Bay, WI 54307


RBS Citizens
P.O. Box 42113
Providence, RI


Reyes, Erika
5331 W. Montrose
Chicago, IL 60641


Rushing, Alicia
1331 N. Pulaski Rd, 2nd Floor
Chicago, IL 60651


Rushing, Alicia
1331 N. Pulaski Rd, 2nd Floor
Chicago, IL 60651


Santiago, Marc
1233 N. Pulaski
Chicago, IL 60651


Sentry Pest Control Inc.
3425 W. Peterson
Chicago, IL 60659


Simonize USA Inc.
210 Boston Turnpike
Bolton, CT 06043


Sprint
P.O. Box 8077
London, KY 40742-8077


State Farm Insurance
P.O. Box 44110
Jacksonville, FL 32231-4110


Verizon
P.O. Box 4002
Acworth, GA 30101

```
Villalva, Roberto
4059 W. Grand Avenue
Chicago, IL 60651


Wells, Janella C.
1409 N. Harding
Chicago, IL 60651
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   GRAND & PULASKI CITGO, INC.                              Case No.
                                    Debtor(s)                    Chapter    11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   GRAND & PULASKI CITGO, INC.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| February 17, 2016 | /s/ Joel H. Shapiro |
| Date | Joel H. Shapiro (#2566168) |
| | Signature of Attorney or Litigant |
| | Counsel for   GRAND & PULASKI CITGO, INC. |
| | Kamenear Kadison Shapiro & Craig |
| | 20 North Clark Street |
| | Suite 2200 |
| | Chicago, IL 60602 |
| | (312) 332-0490 |
| | jshapiro@kksclaw.com |