UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>JOHN M. SCALI, SR.<br>-----------------------------------<br>GRAND & PULASKI CITGO, INC.<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  16-05072<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Deborah L. Thorne |

## FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the Motion for Final Decree filed on behalf of GRAND & PULASKI CITGO, INC., Debtor and Debtor in Possession in the above captioned jointly administered chapter 11 case, due notice having been provided, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. The Motion for Final Decree of Grand & Pulaski Citgo, Inc., Debtor and Debtor in Possession in chapter 11 case number 16-05081, is GRANTED; and

2. The chapter 11 case of Grand & Pulaski Citgo, Inc. is closed.

Enter:

*/s/ Deborah A. Thorne*

United States Bankruptcy Judge

Dated: 3/23/2017

**Prepared by:**
COUNSEL FOR GRAND & PULASKI CITGO, INC.
Joel H. Shapiro (ARDC #2566168)
Kamenear Kadison Shapiro & Craig
20 N. Clark Street, Suite 2200
Chicago, IL 60602
(312) 332-0490

Rev: 20151029_bko